1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    MICHAEL L. OVERTON,                    No.  2:25-cv-0026 DJC AC P

10                    Plaintiff,

11          v.                               ORDER

12   WARDEN,

13                    Defendant.

14

15          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

16   seeking relief under 42 U.S.C. § 1983.  By order filed March 31, 2025, Plaintiff was

17   ordered to pay the filing fee within thirty days and was cautioned that failure to do so

18   would result in dismissal of this action.  ECF No. 5.  Thirty days have now passed, and

19   Plaintiff has not paid the filing fee.

20          Accordingly, IT IS HEREBY ORDERED that this action is dismissed without

21   prejudice.  The Clerk of the Court is directed to administratively terminate all pending

22   motions and close this case.

23

24          IT IS SO ORDERED.

25   Dated:  **May 30, 2025**

26                                           Hon. Daniel J. Calabretta
                                             UNITED STATES DISTRICT JUDGE
27

28

                                             1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28